MIED (Rev. 05/04) Notice of Change of Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

          Plaintiff,            Case No. 23-mj-30450

v.

SARAH CHADWICK,

          Defendant.

---

### NOTICE OF ADDITION OF ASSISTANT U.S. ATTORNEY

**To:**     **Attorney Admission Clerk and All Other Parties**

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

*Add the following AUSA(s):*

Name:     Louis F. Meizlish

Bar ID:     P75168

Telephone:     (313) 226-9745

Fax:     (313) 226-2311

Email:     Louis.Meizlish@usdoj.gov

*Terminate the following AUSA(s):*

Name: _____

Telephone: _____

          *s/ Louis F. Meizlish*
          Louis F. Meizlish
          Assistant United States
          211 W. Fort Street, Suite 2001
          Detroit, Michigan 48226

Dated:     November 15, 2023     Phone: (313) 226-9745
                                                E-mail: Louis.Meizlish@usdoj.gov